**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-02433-REB-MJW

DISH NETWORK L.L.C., a Colorado limited liability company,

    Plaintiff,

v.

GLOBAL NETWORK GROUP, INC., a California company,

    Defendant.

## DEFAULT JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Judgment is hereby entered.

Pursuant to the Order Granting Plaintiff Dish Network L.L.C.'s Motion for Default Judgment Against Defendant Global Network Group, Inc. [ECF 17] entered by Senior United States District Judge Robert E. Blackburn on April 19, 2018, it is

ORDERED that Plaintiff Dish Network L.L.C.'s Motion for Default Judgment Against Defendant Global Network Group, Inc. [ECF 15], filed March 14, 2018, is granted. It is further

ORDERED that judgment of default shall enter on behalf of plaintiff, DISH Network, L.L.C., a Colorado limited liability company, and against defendant, Global Network Group, Inc., a California company. It is further

ORDERED that the extant arbitration award is confirmed and that plaintiff is awarded $148,310.75, comprised of $145,360.75 in actual damages, $1,750.00 in administrative fees, and $1,200.00 in arbitration costs. It is further

ORDERED that plaintiff is awarded its costs, to be taxed by the clerk of the court in the time and manner required by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 20th day of April, 2018.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:   s/L.Roberson
 L. Roberson
 Deputy Clerk